# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NECIA TERRY,**

        Plaintiff,

  -vs-

                                                                                   Case No. 14-C-1084

**CAROLYN COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**

        Defendant.

## DECISION AND ORDER

This matter comes before the Court on Necia Terry's motion for leave to proceed *in forma pauperis* on appeal from the denial of her application for social security disability benefits. Terry's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Terry's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 19th day of September, 2014.

                                        **SO ORDERED:**

                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**